AO 106 (Rev. 04/10) Application for a Search Warrant       AUTHORIZED AND APPROVED/DATE  s/Tiffany Edgmon 09/18/25

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

In the Matter of the Search of            )
*(Briefly describe the property to be searched*   )
*or identify the person by name and address)*    )       Case No.  M-25- 668-STE
2001 Ford Excursion, Cherokee License Plate# AK4014  )
    with VIN# 1FMNU40S61EC44593           )
                                          )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is attached and incorporated by reference.

located in the ___ Western ___ District of ___ Oklahoma ___ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached and incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1153 & 21 O.S. § 1435(B) | Burglary in the Third Degree |
| 18 U.S.C. § 1153 & 21 O.S. § 1435(A) | Burglary in the Second Degree |
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

The application is based on these facts:

See the Affidavit of Bureau of Alcohol, Tobacco, Firearms, and Explosives Special Agent Callie McLaughlin, which is incorporated by reference herein.

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: ___ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Callie McLaughlin, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Dec 5, 2025**

City and state: **Lawton, OK**

*Judge's signature*

SHON T. ERWIN, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

I, Callie McLaughlin, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I make this Affidavit in support of an application for a search warrant for a 2001 Ford Excursion, Cherokee License Plate# AK4014 with VIN# IFMNU40S61EC44593 (hereafter, the SUBJECT VEHICLE) located a Bady Day Towing, 4009 South Harvey, Norman, Oklahoma, within the Western District of Oklahoma.

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), a division of the United States Department of Justice, having been so employed since March 2023. Prior to my employment with the ATF, I completed my Master's and Bachelor's degrees from the University of Central Oklahoma. I am a graduate of the Department of Homeland Security's Criminal Investigator Training program as well as the ATF Special Agent Basic Training Program. As a Special Agent with ATF, I am vested with the authority to investigate violations of federal laws including Title 18 of the United States Code.

3. I have been assigned to the ATF Oklahoma City Field Office since October 2023. I am familiar with the information contained in this Affidavit through personal investigation and/or information received from other law enforcement officers, mentioned herein, who have participated in and/or have contributed documentary reports of their investigative efforts in this matter

4.   Since this affidavit is being submitted for the limited purposes of securing a search warrant, I have not included each and every fact known to me regarding this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to support the issuance of a search warrant.

## BACKGROUND OF THE INVESTIGATION

6.   On August 20, 2025, a resident (VI-1) of Washington, Oklahoma, discovered their vehicle had been broken into and several items in the vehicle had been taken. After a review of a neighbor's surveillance videos, VI-1 discovered an individual walking around their property in the early morning hours. Additionally, VI-1 saw a white Ford Excursion driving around the neighborhood during the same period of time. At the time the suspect was a VI-1 residence, VI-1's vehicle was parked next to his Oklahoma City Police Department patrol vehicle. VI-1's residence is in the Western District of Oklahoma and within the boundaries of the Chickasaw Nation.

7.   On August 21, 2025, at around 0539 hours, the New Castle Police Department (NPD) and the Chickasaw Lighthorse Police Department (LHPD) responded to a residence in Newcastle, Oklahoma for a burglary. The residents (VI-2) had multiple surveillance cameras that captured the suspect at their residence. NPD Officer Slentz responded to the residence, approaching from the west. Approximately two houses west of VI-2's residence, Officer Slentz saw a white male wearing red shorts, a plain shirt, and black rimmed glasses hiding behind a tree. Officer Slentz exited his patrol vehicle and order the male to show his hand. The suspect fled on foot, jumped into and swam across a

2

pond, and entered a wooded area. Officers located a camouflage jacket, a pair of gloves, a pocketknife, and the VI-2's ammo can discarded near a residence approximately two-to-three door west of VI-2.

8. Surveillance videos show the suspect tampering with VI-2's vehicles, seemingly flattening the tires by puncturing them (multiple tires were, in fact, punctured and flattened). Videos captured of the rear of the property indicate the suspect opened VI-2's shed. An ammo can containing carnhole bean bag was take from the shed (the ammo can was alter recovered and returned to VI-2). Videos of the front of the property also captured a white Ford Excursion driving through the neighborhood. Additional surveillance from another residence showed the suspect carrying around a bag of items, carried over his shoulder.

9. While LHPD Officer Cash was holding the scene, and other officers were searching for the burglary suspect, Officer Cash was a white Ford Excursion pass by that bore a Cherokee Nation tag. Officer Cash saw the driver of the vehicle, a female, who appeared to be looking for someone. VI-2's residence is in the Western District of Oklahoma and within the boundaries of the Chickasaw Nation.

10. On August 22, 2025, at around 0049 hours, Officer Cash responded to a burglary at a residence in Washington, Oklahoma. This residence is located in the Western District of Oklahoma and within the boundaries of the Chickasaw Nation. The suspect of this burglary was wearing a camouflage jacket or hoodie and had taken a Smith &Wesson M&P firearm, with take around the grip, from one of the resident's (VI-3) vehicle; and then

fled the scene on foot. When Officer Cash arrived, he observed the SUBJECT VEHICLE parked down the road, bearing Cherokee Nation tag AK4014. Officers requested a recorded check on the vehicle and were advised the vehicle was registered to Austin Garrett REEVES.

11. LHPD Officers and the McClain County Sheriff's Office began searching the area and subsequently located REEVE hiding underneath a deck of a nearby residence, covering himself with a camouflage jacket or hoodie. REEVES had the keys to the SUBJECT VEHICLE in his pocket. Notable, REEVES was located at the same residence at which the Ford Excursion was parked.

12. Officers searched REEVES' vehicle and found VI-3's stolen firearms, a garage door opener to VI-3's residence, and multiple property items taken from VI-1. VI-1 was on scene and identified the items belonging to him.

13. REEVES was arrested by LHPD officers for burglary and other related tribal offenses, as REEVES is a member of the Cherokee Nation. The SUBJECT VEHICLE was inventoried and impounded, and law enforcement placed a hold on the SUBJECT VEHICLE.

14. On September 23, 2025, a search warrant for the SUSPECT VEHICLE was executed at Bad Day Towing, 4009 South Harvey, Norman, Oklahoma. A full search was conducted along with photographs taken of the inside of the vehicle. During the search warrant, a camouflage item of clothing was located and photographed inside the SUSPECT VEHICLE. During a follow-up interview with a responding officer, I learned the

4

camouflage jacket REEVES used to cover himself was placed into the vehicle by one of the officers. As such, it is believed that the camouflage jacket or hoodie REEVES used to cover himself up while hiding from LHPD officers on August 22, 2025, is still inside the SUSPECT VEHICLE.

## AUTHORIZATION REQUEST

15. Based on the foregoing, I request that this court issue the proposed warrant, pursuant to 18 U.S.C § 2703(c).

*Callie McLaughlin*
Callie McLaughlin
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me this 5th day of December, 2025.

*Shon T. Erwin*
SHON T. ERWIN
United States Magistrate Judge

## ATTACHMENT "A"

### Property to Be Searched

2001 Ford Excursion bearing Cherokee Tag number AK4014 and VIN# IFMNU40S61EC44593.

## ATTACHMENT "B"

### Particular Things to be Seized

1. A Camouflaged hoodie or jacket.